IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | No. 5:08-CR-50091 | |
| BENJAMIN S. YOUNG | | DEFENDANT |

**OPINION AND ORDER**

Before the Court is Defendant Benjamin S. Young's motion (Doc. 23) for early termination of his supervised release. The Government has filed a response (Doc. 27) in opposition.

The Court may terminate a defendant's term of supervised release at any time after the defendant has spent at least one year on supervised release if the Court "is satisfied that such action is warranted by the conduct of the defendant released and the interests of justice." 18 U.S.C. § 3583(e)(1). In reaching its decision, the Court considers sentencing factors set forth in 18 U.S.C. § 3553(a).

Defendant has complied with the conditions of his supervised release and the United States Probation Office expects that he will continue to be a compliant supervisee. However, compliance with the terms of a criminal sentence is an expectation, and does not automatically demonstrate the changed circumstances that would justify early termination of supervised release. *United States v. Weintraub*, 371 F.Supp.2d 164, 166–67 (D. Conn. 2005). Absent additional circumstances, early termination is not in the interests of justice.

IT IS THEREFORE ORDERED that Defendant's motion (Doc 23) is DENIED.

IT IS SO ORDERED this 7th day of August, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE